# MICHAEL MANOUSSOS & CO PLLC

A CIVIL LAW FIRM
MM@MMLAW-PLLC.COM

**MEMO ENDORSED**

April 17, 2024

> Upon hearing no objection from Defendant, Plaintiff's request to move the settlement conference to May 15, 2024 at 10 AM is **GRANTED.**
> SO ORDERED.
> Hon. Victoria Reznik, U.S.M.J.
> April 19, 2024

Via ECF
HONORABLE VICTORIA REZNIK
U. S. Magistrate Judge, SDNY
300 Quarropas Street, Courtroom 420
White Plains, New York 10601

Re:   SDNY – Case No.: 7:23-cv-02847-PMH / Federbush v. King
      Request for Time and/or Date Change of Court Settlement Conference

Your Honor:

This is a request for a time or date change of the Settlement Conference per Your Honor's Order dated April 16, 2024.

The court settlement conference is scheduled for May 15, 2024 at 2:30 pm. My client Alan Federbush is unavailable at that time (he is a lawyer and has an ordered deposition in a Federal civil cause). We would respectfully request that the court settlement conference time be moved to 9:30 am/10:00 am on the same date of May 15th, or to May 14th in the am or pm, or to May 16th in the pm or to May 17th in the pm.

Your undersigned, who so accordingly advised defense counsel, Mr. Nathan Losman, Esq., via email at 1:44 pm yesterday (no response yet), is dispatching this request without further wait so this scheduling conflict may be able to be accommodated accordingly as it pleases the Court.

Thank you for your time and consideration.

Respectfully Yours,
MICHAEL MANOUSSOS & CO PLLC
MICHAEL MANOUSSOS

80-02 KEW GARDENS ROAD, SUITE 901
KEW GARDENS, NEW YORK 11415
T 718.454.8888
F 718.575.1100
BROOKLYN, MANHATTAN, MELVILLE & ALBANY OFFICES